FILED
2021 Nov-04 AM 11:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | | |
|---|---|---|
| **CASSAUNDRA HUMBER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Summons** |
| **v.** | ) | |
| | ) | **CASE NO: 2:21-cv-01420-AMM** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY, TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. , TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA., INC. HEALTH AND WELFARE BENEFIT PLAN,** | ) | |
| | ) | |
| **Defendants.** | | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Toyota Motor Engineering & Manufacturing North America, Inc.,
c/o CT Corporation System
2 North Jackson St., Suite 605
Montgomery, AL 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Amanda Stansberry
STANSBERRY LAW, LLC
3535 Grandview Parkway, Suite 310
Birmingham, Alabama 35243

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 11/4/2021

SHARON N. HARRIS, CLERK

By: [signature]
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **CASSAUNDRA HUMBER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Summons** |
| **v.** | ) | |
| | ) | **CASE NO: 2:21-cv-01420-AMM** |
| **LINCOLN NATIONAL LIFE INSURANCE COMPANY, TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. , TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA., INC. HEALTH AND WELFARE BENEFIT PLAN,** | ) | |
| | ) | |
| **Defendants.** | | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Toyota Motor Engineering & Manufacturing North America, Inc. Health and Welfare Benefit Plan
c/o CT Corporation System
2 North Jackson St., Suite 605
Montgomery, AL 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Amanda Stansberry
STANSBERRY LAW, LLC
3535 Grandview Parkway, Suite 310
Birmingham, Alabama 35243

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 11|4|2021

SHARON N. HARRIS, CLERK

By: D. Wi[signature]
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**CASSAUNDRA HUMBER,**

**Plaintiff,**

**v.**

**LINCOLN NATIONAL LIFE INSURANCE COMPANY, TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. , TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA., INC. HEALTH AND WELFARE BENEFIT PLAN,**

**Defendants.**

**Summons**

**CASE NO: 2:21-cv-01420-AMM**

**Summons in a Civil Action**

To: (*Defendant's name and address)*

Lincoln National Life Insurance Company
c/o The Prentice-Hall Corporation System, Inc.
641 South Lawrence Street
Montgomery, AL 36104

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Amanda Stansberry
STANSBERRY LAW, LLC
3535 Grandview Parkway, Suite 310
Birmingham, Alabama 35243

**If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.** You also must file your answer or motion with the court.

DATE: 11/4/2021

SHARON N. HARRIS, CLERK

By: D [signature]
Deputy Clerk

SEE REVERSE SIDE FOR RETURN

(SEAL OF COURT)

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203