FILED
2021 Nov-15 PM 01:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Toyota Motor Engineering & Manufacturing North America Inc. Healthand Welfare Benefit Plan
c/o CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

9590 9402 4410 8248 6557 39

2. Article Number (Transfer from service label)
7018 0680 0001 3966 6083

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery NOV 0 8 2021

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2021 NOV 15 P 12: 24

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
sured Mail Restricted Delivery
ver $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Toyota Motor Engineering & Manufacturing North America, Inc.
c/o CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

9590 9402 4023 8079 4093 56

2. Article Number (Transfer from service label)
7018 0680 0001 3966 6090

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X [signature] ☒ Agent ☐ Addressee

B. Received by (Printed Name)
C. Date of Delivery NOV 0 8 2021

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2021 NOV 15 P 12: 24

3. Service Type
☒ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
sured Mail
sured Mail Restricted Delivery
ver $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt