FILED

2021 Nov-17 PM 01:44
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Life Insurance Company of North America
C/o CT Corporation System
2 North Jackson Street, Suite 605
Montgomery, AL 36104

9590 9402 4410 8248 6557 46

21-CV-01420

2. Article Number (Transfer from service label)
7018 0680 0001 3966 6069

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Jennifer Lockwood ☐ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery NOV 12 2021

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

2021 NOV 17 P 12:17

U.S. DISTRICT COURT
N.D. OF ALABAMA

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Lincoln National Life Insurance Company
C/o Prentice-Hall Corporation System, Inc.
641 South Lawrence Street
Montgomery, AL 36104

9590 9402 4410 8248 6557 22

2. Article Number (Transfer from service label)
7018 0680 0001 3966 6076

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Kelly Webster ☑ Agent ☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery 11-8-21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

SECURITY

2021 NOV 17 P 12:16

NOV 17

U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

3. Service Type
☑ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt