FILED
2021 Nov-29 PM 06:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| CASSAUNDRA HUMBER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 2:21-CV-01420-AMM |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC., TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. HEALTH AND WELFARE BENEFIT PLAN, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION FOR DISMISSAL OF DEFENDANTS TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. AND TOYOTA MOTOR ENGINEERING & MANUFACTURING NORTH AMERICA, INC. HEALTH AND WELFARE BENEFIT PLAN WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(i), the Plaintiff, as evidenced by the signature of Plaintiff's attorney below, DISMISSES WITHOUT PREJUDICE any and all claims against Defendants Toyota Engineering & Manufacturing North America, Inc. ("Toyota") and Toyota Engineering & Manufacturing North America,

Inc. Health and Welfare Benefit Plan (the "Plan") based on the following stipulation:

It is hereby stipulated by and between Plaintiff Cassaundra Humber ("Plaintiff") and Defendant The Lincoln National Life Insurance Company ("Lincoln"), by and through their respective counsel, that Toyota and the Plan are hereby dismissed from this action without prejudice. Lincoln agrees that at no time during the course of this litigation will it contend that Plaintiff's claim for recovery of benefits pursuant to 29 U.S.C. § 1132(a)(1)(B) is defective as a result of Toyota and the Plan having been dismissed from the action.

Dismissal under 41(a)(1)(i) is proper since Toyota and the Plan have not filed an answer. Plaintiff shall not pursue any costs or attorneys' fees against Toyota and the Plan.

Respectfully submitted,

*/s/ Amanda Stansberry*
Amanda Stansberry (ASB-7793-M64S)
STANSBERRY LAW, LLC
Attorney for Plaintiff
3535 Grandview Parkway, Ste 310
Birmingham, Alabama 35243
Telephone: (205) 383-7996
Facsimile: (833) 583-4357
Email: amanda@stansberrylaw.com

ATTORNEYS FOR PLAINTIFF

**AND**

/s/ *Iwana Rademaekers*
Iwana Rademaekers, Esq.
(Admitted *Pro Hac Vice*)
Texas Bar No. 16452560
Attorney for Defendant
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- *And* -

Matthew W. Robinett
ASB-3523-I72M
Attorney for Defendant
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd St. South
Birmingham, AL 35205
Telephone (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com

ATTORNEYS FOR DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY