FILED
2022 Nov-04 AM 10:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| CASSAUNDRA HUMBER,<br><br>Plaintiff/Counter Defendant,<br><br>vs.<br><br>LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Defendant/Counter Claimant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 2:21-CV-01420-AMM |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff Cassaundra Humber and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 4th day of November 2022.

Respectfully submitted,


Amanda Stansberry (ASB-7793-M64S)
Attorney for Plaintiff
COX & STANSBERRY
3535 Grandview Parkway, Ste 310
Birmingham, Alabama 35243

Telephone: (205) 870-1205
Facsimile: (205) 870-1252
Email: amanda@coxstansberry.com

AND

____________________________________
Iwana Rademaekers, Esq.
(Admitted *Pro Hac Vice*)
Texas Bar No. 16452560
Attorney for Defendant
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

- And -

Matthew W. Robinett
ASB-3523-I72M
Attorney for Defendant
NORMAN, WOOD, KENDRICK & TURNER
Ridge Park Place, Suite 3000
1130 22nd Street South
Birmingham, AL 35205
Telephone: (205) 328-6643
Facsimile: (205) 251-5479
Email: mrobinett@nwkt.com